January 19, 2015

U.S. Magistrate Judge Sarah Merriam
U.S. District Courthouse
Federal Courthouse Building
141 Church Street
New Haven, CT 06510

Dear Honorable Judge Merriam:

I respectfully hope that Your Honor does not mind that I am writing this letter directly to you today. I am currently a detainee at Donald W. Wyatt Detention Facility in Central Falls, R.I. I was in your courtroom on October 5, 2014, and again on October 29, 2014 with my counsel, Attorney John R. Gulash, and each time I did not accept the plea agreement which was offered to me. I was again in your courtroom on December 7, 2014, for a bond hearing and I was ordered detained by Your Honor because I was deemed a flight risk by Attorney David Huang, the prosecutor, as well as a danger to society. In addition, on that day I did not have any real property available to be offered as collateral; however, I did have six citizens to co-sign and vouch for me.

The purpose of this letter is to explain to Your Honor the reasons why I should not be considered to be a flight risk or a danger to society. The reasons are as follows:

1. I will be 65 years of age as of August 9th of this year.
2. I have lived in the Bridgeport, CT area for my entire life, with the exception of the first twelve years of my life, which were spent in New Preston, CT.

3. I am presently indigent and I have no funds at all.
4. I do not have a passport and I have not traveled at all since the late 1990's. In 1999, I traveled to Ireland with my father Walter Burke and my son Ryan. We also visited London on that trip, which is the last trip that I took.
5. I have three children, Elizabeth, Sean, and Ryan. My daughter and her husband Bob and my 11-year old granddaughter Brooke live near me in Trumbull. My son Sean and his wife Ashley, and my 2-year old grandson Declan and 5-month old granddaughter Rowan live in Simsbury, and my youngest son Ryan lives with me. We have always been a close family.
6. I have several very close friends in the Bridgeport area and throughout the state of Connecticut.
7. I have always cooperated fully with the government of the United States, with no exception.
8. From 1998-2004, when I had my federal criminal problem and case in New Jersey, I met consistently with my counsel, Attorney Michael Critchley, and I also met with the Federal Prosecutor, Bohdan Vitvitsky, to make good faith efforts to resolve the case. I never missed a meeting and always fully cooperated. When I was indicted by the Grand Jury in 2003, I was allowed to self-surrender in Newark, NJ to be processed by law enforcement, and on January 4, 2004, I was allowed to self-surrender to Fairton FCI camp in Fairton, New Jersey.
9. I had an exemplary record as an inmate. I had zero infractions at Fairton FCI camp (9 MONTHS), and when I was transferred to McKean FCI camp (29 months), I was offered the job of Town Driver. I was picked by the Administrator of

the camp to be the only inmate, out of approximately 340 inmates, to be allowed to drive various vehicles outside the confines of the institution full-time Monday through Friday. My duties included the transport of recyclable materials to the Bradford, PA recycling plant, picking up and dropping off institutional movies at Blockbuster Video, going to Walmart to develop and pick up inmate photos from visits, driving back to distribute these photos to the inmates at McKean, going to KMart for extemporaneous supplies, etc., doing lumber deliveries to McKean from Bradford, PA on various flatbed trucks, bringing inmates to the Bradford bus stop, taking inmates to Buffalo Airport to board airplanes going home, and, most importantly, I was the driver on one particular occasion for the Warden of McKean FCI, and I drove her with her vehicle to Buffalo Airport to drop her off, and I returned with her vehicle to McKean. This Buffalo Airport trip was 1½-2 hours in duration one-way. All of the above can be verified by contacting the Administrator of McKean FCI camp and asking about Town Driver Timothy Burke #24740-050 (I held this job from late 2005 - Feb. 22, 2007).

10. Prison and the BOP do not intimidate me such as to make me consider fleeing. If I were ever caught in such a dispicable act, my current charges plus charges for flight would constitute a life sentence.

11. I am willing to undergo any electronic monitoring feasible or available to show Your Honor my good faith in this matter.

12. I currently have close friends of mine who have agreed to co-sign me with their properties and I have told this

to Attorney James Maguire, my public defender from the Office of Federal Defender, 265 Church St, Room 702, New Haven, CT. I believe that this collateral will protect the government.

Your Honor, when I was in the RDAP Program at McKean I was elected president of the class in 2006, and I gave a graduation speech to the inmates and about 150 guests regarding how the dangers of substance abuse can result in recidivism. For me this was a self-fulfilling prophecy. I promised myself then that I would never be in a situation like this ever again, and here I am. I believe that despite my intelligence (4-year academic scholarship to Fairfield University in 1969), I must have psychiatric issues perhaps due to certain events in my childhood which occurred as a result of having alcoholic parents, a broken family, and a mother that left myself and four younger siblings when I was 13 years of age. During my lifetime these issues have been exacerbated by my alcoholism, and this causes me to make critical, judgmental errors in life and in business.

I am asking Your Honor to give me one chance to finally straighten out my life, once and for all. I will not let you down, and I will strictly adhere to any conditions whatsoever regarding my release into the Salvation Army (RISE) Program. In this way I can improve myself and I will spread goodness and positive effects to others in the process. Thank You so much, Your Honor, for taking the time to read this letter.

Very truly yours,

[signature]

TIMOTHY W. BURKE