# Business Inquiry

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **UNION AVENUE ASSOCIATES, LLC** | Citizenship/State Inc: | **Domestic/CT** |
| Business ID: | **1121619** | Last Report Filed Year: | **NONE** |
| Business Address: | **379 MEADOW STREET, FAIRFIELD, CT, 06824** | Business Type: | **Domestic Limited Liability Company** |
| Mailing Address: | **NONE** | Business Status: | **Active** |
| Date Inc/Registration: | **Oct 21, 2013** | | |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| T. WILLIAM BURKE MEMBER | 379 MEADOW ST., FAIRFIELD, CT, 06824 | 379 MEADOW ST., FAIRFIELD, CT, 06824 |

## Agent Summary

| | |
|---|---|
| Agent Name | **T. WILLIAM BURKE** |
| Agent Business Address | **379 MEADOW STREET, FAIRFIELD, CT, 06824** |
| Agent Residence Address | **379 MEADOW STREET, FAIRFIELD, CT, 06824** |