


FOAM SHEA
CONSERV P
OREGON,
(608)
BUILDING DEPARTMENT
KEEP OUT
Uninhabitable
According to Section 115 of the CSBC
CONTACT BUILDING DEPARTMENT BEFORE ENTERING
Address or Lot No. 267-269 Union Ave #1
Date 11/20/15 Building Inspector
( signature )
JLTAPE III
SHEATHING















