Crim-Mot hrg (Dec-2008)

HONORABLE: Michael P.Shea

DEPUTY CLERK D. Johnson RPTR/ECRO/TAPE Marshall

TOTAL TIME: 1 hours 10 minutes USPO Harte INTERPRETER ____

DATE: June 9, 2016 START TIME: 1:05 END TIME: 1:15

LUNCH RECESS FROM: ____ TO: ____

RECESS (if more than ½ hr) FROM: ____ TO: ____

CRIMINAL NO. 3:16cr29 (MPS) Deft # ____

UNITED STATES OF AMERICA

Huang
AUSA

vs

Maguire

TIMOTHY BURKE

Defendant's Counsel ☐ CJA ☐ Retained ☒ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☒......# 89 | Deft Burke Motion for Release from Custody | | ☐ granted ☒ denied ☐ advisement |
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ Motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ oral motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ oral motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft ____ oral motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion ____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion ____ | | ☐ granted ☐ denied ☐ advisement |

☐.............. Brief(s) due ____ Response(s) due ____ Replies due ____

☐.............. Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ PR

☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☒.............. Defendant REMANDED to custody

☐.............. Competency Hearing ☐ held ☐ continued until ____ at ____

☐.............. ____ hearing continued until ____ at ____

☐.............. Court finds defendant ____ ☐ competent ☐ incompetent

☐.............. Court orders defendant ____ to undergo psychiatric evaluation

☐.............. Motion Hearing continued until ____ at ____

☐.............. SEE PAGE II for additional entries